UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRACEY GIARDINI, CRAIG GIARDINI,
and CRAIGS CAR CARE CENTER,

       Plaintiffs.

              Adv. Pro. No.: 15-08013-ast
  v.             Chapter 7

THE BANKRUPTCY ESTATE OF
CENTEREACH DEV. CORP.,
GULF OIL LIMITED PARTNERSHIP,
and CUMBERLAND FARMS, INC.,

       Defendants.
-----------------------------------------------------------X
In re:

| | |
|---|---|
| A & B MART & SERVICE, INC. | Case No.: 15-70118-ast |
| BOHEMIA DEVELOPMENT CORP. | Case No.: 15-70119-ast |
| CENTEREACH DEVELOPMENT CORP. | Case No.: 15-70120-ast |
| CORAM ASSOCIATES CORP. | Case No.: 15-70121-ast |
| HAUPPAUGE DEVELOPMENT CORP. | Case No.: 15-70122-ast |
| NORTHPORT ENTERPRISES INC. | Case No.: 15-70123-ast |
| VALLEY STREAM ENTERPRISES INC. | Case No.: 15-70124-ast |

       Debtors.    (Jointly Administered)
-----------------------------------------------------------X

## ORDER DISMISSING COMPLAINT AND SEVERING COUNTERCLAIMS

**WHEREAS**, on January 26, 2015 Plaintiffs Tracy Giardini, Greg Giardini and Craigs Car Care filed a complaint (the "Complaint") commencing the above-captioned adversary proceeding [dkt item 1]; and

**WHEREAS**, on June 24, 2015 Defendant the Bankruptcy Estate of Centereach Development Corp. filed and answer to the Complaint asserting various counterclaims (the "Counterclaims") against the Plaintiffs [dkt item 16]; and

**WHEREAS**, On June 24, 2015, defendants Gulf Oil Limited Partnership and Cumberland

Farms, Inc. ("Gulf Defendants") responded to the Complaint [dkt item 17]; and

**WHEREAS**, on June 29, 2015, Plaintiffs filed an answer to the Counterclaims [dkt item 18]; and

**WHEREAS**, in light of the sale of assets of the Debtor on or about June 18, 2015 pursuant to Order of this Court, the Complaint is now moot; and

**WHEREAS**, on August 4, 2015, Gulf Defendants filed a motion to dismiss the Complaint (the "Motion") [dkt items 22 & 23].  The Motion was brought by notice of presentment pursuant to this Court's published procedures, and was served upon the Plaintiffs.  The Plaintiffs' deadline to file a responsive pleading was August 21, 2015; and

**WHEREAS**, as of August 24, 2015, Plaintiffs failed to respond to the Motion; and

**WHEREAS**, on August 25, 2015, the Court entered an order closing the pleadings with respect to the Motion and as a result, the Motion was deemed on submission with the Court [dkt item 25]; and

**WHEREAS**, on October 6, 2015 the Court conducted a pre-trial conference in connection with this adversary proceeding; and

**IT IS HEREBY**;

**ORDERED**, that the Complaint is hereby dismissed with prejudice as to the Bankruptcy Estate of Centereach Development Corp. and the Gulf Defendants; and it is further

**ORDERED**, that the Counterclaims of Defendant the Bankruptcy Estate of Centereach Development Corp. are hereby severed from the Complaint and shall continue as independent causes of action against the Plaintiffs.



Dated: October 21, 2015
Central Islip, New York

_____
**Alan S. Trust**
**United States Bankruptcy Judge**